JAMES CAMERON, APPELLANT, V. CALAMUS IRRIGATION DISTRICT, APPELLEE: ALEX W. DRAVER ET AL., INTERVENERS, APPELLEES.

FILED FEBRUARY 20, 1931. No. 27417.

*Frank H. Woodland,* for appellant.

*Guy Laverty, E. M. White* and *Davis & Vogeltanz, contra.*

Heard before GOSS, C. J., ROSE, DEAN, EBERLY and DAY, JJ.

DEAN, J.

The question here presented for determination is decided in *Elliott v. Calamus Irrigation District, ante,* p. 714. By stipulation of the parties the three actions, namely, *Elliott v. Calamus Irrigation District, Cameron v. Calamus Irrigation District,* and *Stroud v. Calamus Irrigation District,* were combined and tried as one case. Our decision in the *Elliott* case therefore controls in the present case. It follows that the judgment herein must be and it hereby is

AFFIRMED.